

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022
```

Patents • Trademarks • Copyrights • IP Litigation
Licensing • Foreign Filings • Trade Secrets

January 5, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE: *Auth Token LLC v. The Bank of New York Mellon Corporation*
Civil Action No. 1:21-cv-09359-AT

Dear Judge Torres:

The undersigned is counsel for Auth Token LLC, having filed a Motion for Admission *Pro Hac Vice* on November 12, 2021 (Dkt. 7). I respectfully request a thirty (30)-day extension of time in which to file the Notice of Consent to Magistrate Form, as set forth in the Court's Order (Dkt. 10) and the Joint Letter and Joint Case Management Plan and Scheduling Order, as set forth in the Court's Initial Pretrial Scheduling Order (Dkt. 11), currently due January 11, 2022.

For cause, Defendant was served with the Summons and Complaint on December 30, 2021 (Dkt. 13) and as of this date has not contacted me or made an appearance in this matter. Defendant's deadline to respond to Plaintiff's Complaint is currently January 20, 2022.

Good cause is shown for this request, and this request does not affect any other dates.

Respectfully submitted,

Howard L. Wernow

GRANTED.

SO ORDERED.

Dated: January 5, 2022
New York, New York

ANALISA TORRES
United States District Judge